**U.S. Bankruptcy Court**
**District of Utah**

In re:         Bankruptcy Case No. 24-24195
SHYLEIGH R DAVIS
                    Debtor

         Adversary Proceeding No. 25-02043
WILL MORRISON TR
                    Plaintiff
v.
TITANIUM FUNDS, LLC
                    Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. The address of the clerk of the bankruptcy court is:

Clerk, U.S. Bankruptcy Court
Frank E. Moss Courthouse
350 South Main Street #301
Salt Lake City, UT 84101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| William P. Morrison |
| Morrison Law Office, Inc. |
| 5957 S. Redwood Rd., Suite 101 |
| Salt Lake City, UT 84123 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued: 06/20/2025

David A. Sime   Clerk Of Court

## CERTIFICATE OF SERVICE

I, **STEPHANIE PACE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **6/20/25** [Date] by:

[X]   Mail Service – Regular, first class United States mail, postage fully pre-paid, addressed to:
TITANIUM FUNDS LLC
c/o Jarom B. Miller
4581 West 3500 South
West Valley City, UT 84120

[ ]   Personal Service – By leaving the documents with the following defendant(s) or an officer or agent of the defendant(s) at:

[ ]   Residence Service – By leaving the documents with the following adult at:

[ ]   Certified Mail Service on an Insured Depository Institution: BY sending the process by certified mail addressed to the following officer of the defendant at:

[ ]   Publication – The defendant was served as follows: [describe briefly]

[ ]   State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

6/20/25 [Date]      [Signature]

| Print Name | STEPHANIE PACE |
| --- | --- |
| Business Address | PO BOX 523 |
| City | KAYSVILLE     State UT     ZIP 84037 |

# AVAILABILITY OF FREE LEGAL SERVICES
# To Represent You in this Complaint/Lawsuit

You have been named as a defendant in the accompanying complaint/lawsuit which may qualify you for **free legal representation** through a joint program sponsored by Utah Bar Association and Utah's federal courts.

**This program is limited to individuals** named in the complaint/lawsuit with incomes that fall below certain limits.

## IF YOU QUALIFY

**Free legal representation including most, if not all, of the associated costs of defending against this complaint/lawsuit can be covered.**

In addition, you will be referred to a Utah licensed attorney who has agreed to volunteer their time and expertise to you as a community service. Associated litigation costs such as witness fees, copies, and legal research may qualify to be reimbursed.

There is no requirement that you be represented by an attorney, as you are always entitled to appear without an attorney and represent yourself in court. However, you must still fully comply with the law and procedural rules which can be complex and confusing and could have consequential impacts on your case.

Finally, even if you are already represented by an attorney your bankruptcy case, you may still qualify for free legal representation in defending against this complaint/lawsuit if you cannot afford to pay for an attorney.

## TO DETERMINE IF YOU QUALIFY

**Please contact the Utah State Bar Access to Justice Commission by phone or email.**

**By Phone: (801) 746-5273**

**By Email: ATJ@utahbar.org**

NOTE: When you contact the Utah State Bar Access to Justice Commission,

1. Please have a copy of your Summons and Complaint/Lawsuit readily available
2. Inform them you are seeking representation under the Utah State Bar Pro Bono Bankruptcy Signature Program.